1116

No. 95–6885. ECHOLS v. THOMAS, WARDEN, 516 U. S. 1096;

No. 95–6948. CHAVEZ v. UNITED STATES, 516 U. S. 1065;

No. 95–6979. ROSELIN v. BOARD OF PATENT APPEALS AND INTERFERENCES, 516 U. S. 1097; and

No. 95–7492. SPAGNOULO v. UNITED STATES, 516 U. S. 1138. Petitions for rehearing denied.

APRIL 1, 1996

No. 94–2130. FIRST ADVANTAGE INSURANCE, INC., ET AL. v. GREEN, LOUISIANA COMMISSIONER OF INSURANCE, ET AL. Ct. App. La., 1st Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Barnett Bank of Marion County, N. A.* v. *Nelson, ante,* p. 25.

No. 94–7980. WINGO v. UNITED STATES. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Rutledge* v. *United States, ante,* p. 292; and *Bailey* v. *United States,* 516 U. S. 137 (1995).

No. 94–7981. WINGO v. UNITED STATES. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States,* 516 U. S. 137 (1995).

No. 95–296. MCLEOD v. OREGON LITHOPRINT, INC., DBA NEWS-REGISTER PUBLISHING CO., ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Varity Corp.* v. *Howe,* 516 U. S. 489 (1996). JUSTICE SCALIA would deny certiorari.

No. 95–7315. AIKENS v. UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States,* 516 U. S. 137 (1995).